**MEMO ENDORSED**

# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

Direct Number: +1.212.326.3786
mpaslavsky@jonesday.com

September 24, 2024

> CRA Defts and Deft Ford's joint request to adjourn *sine die* the Oct. 1, 2024 Status Teleconf. is GRANTED pending resolution of the motions before this Court. Clerk of Court is requested to terminate the motion at ECF No. 80.
> Dated: September 25, 2024
> White Plains, NY
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

VIA ECF

Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Chaim Silber v. TransUnion, LLC, et al.*, No. 7:23-cv-07182-NSR-JCM (S.D.N.Y.)
Request for Adjournment of Case Management Conference, (ECF No. 33)

Dear Judge Román:

Defendants Experian Information Solutions, Inc., Equifax Information Services, LLC, Trans Union, LLC (collectively, the "CRA Defendants"), and Ford Motor Credit Company LLC ("Ford") respectfully request that the Court adjourn *sine die* the October 1, 2024, Case Management Conference set by this Court on January 17, 2024, (ECF No. 33), until resolution of the CRA Defendants' motion for judgment on the pleadings, (ECF No. 63) and Ford's motion for judgment on the pleadings, (ECF No. 73). Plaintiff's counsel has not responded to a request for Plaintiff's consent to this letter motion.

The Case Management Conference was scheduled before the filing of both motions for judgment on the pleadings and set for a date after the original deadline (August 30, 2024) to complete discovery. (ECF No. 33). Magistrate Judge Judith C. McCarthy stayed discovery on April 3, 2024 "pending adjudication of Defendants' motions for judgment on the pleadings" and "adjourned *sine die*" a status conference originally scheduled for May 16, 2024. (ECF No. 59). As such, the CRA Defendants and Ford respectfully request that this Court likewise adjourn the Case Management Conference *sine die* until the resolution of both motions for judgment on the pleadings to save judicial resources and attorneys' fees associated with counsels' appearances.

We thank the Court for its consideration of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2024

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

September 24, 2024

Page 2

                Respectfully submitted,

                <u>*/s/ Michael T. Paslavsky*</u>

                Michael T. Paslavsky
                JONES DAY
                250 Vesey Street
                New York, New York 10281
                T:  (212) 326-3786
                E:  mpaslavsky@jonesday.com

                *Counsel for Experian*
                *Information Solutions, Inc.*

                <u>*/s/ Andrew G. Hope*</u>

                Andrew G. Hope
                Buchanan Ingersoll & Rooney P.C.
                Two Liberty Place
                50 S. 16th Street, Suite 3200
                Philadelphia, PA 19102-2555
                T:  (215) 665-5322
                E:  andrew.hope@bipc.com

                *Counsel for Trans Union, LLC*

                <u>*/s/ Peter J. Fazio*</u>

                Peter J. Fazio
                Aaronson Rappaport Feinstein & Deutsch, LLP
                600 Third Avenue
                New York, NY 10016
                T:  (212) 593-5458
                E:  pjfazio@arfdlaw.com

JONES DAY

September 24, 2024

Page 3

*Counsel for Ford Motor Credit Company LLC*

*/s/ Forrest M. "Teo" Seger III*

Forrest M. "Teo" Seger III
CLARK HILL PLC
1180 6th Ave., 19th Floor, Suite 1910
New York, NY 10036

2301 Broadway St.
San Antonio, TX 78215
T:  (210) 250-6000
F:  (210) 250-6100
E:  tseger@clarkhill.com

*Counsel for Equifax Information Services, LLC*

cc:    All counsel of record (via ECF)