UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/2026

CHAIM SILBER,

Plaintiff,

-against-

TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and FORD MOTOR CREDIT COMPANY, LLC,

Defendants.

No. 23-cv-07182 (NSR) (JCM)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

Plaintiff Chain Silber ("Plaintiff") commenced this action on August 14, 2023. (ECF No. 1.) On February 24, 2025, the Court dismissed the Complaint and granted Plaintiff leave to file an Amended Complaint. (ECF No. 88.) Following the Court's order, Plaintiff voluntarily dismissed Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC. (ECF Nos. 92, 94.) To date, however, Plaintiff has not filed an Amended Complaint regarding remaining Defendants TransUnion, LLC and Ford Motor Credit Company, LLC.

"Dismissal for want of prosecution is a matter committed to the discretion of the trial judge." *Peart v. City of New York*, 992 F.2d 458, 461 (2d Cir. 1993) (internal quotation marks omitted). This discretion, however, "is conditioned by certain minimal requirements." *Id.* (internal quotation marks omitted). In particular, the Court should consider: (1) the duration of plaintiff's failures; (2) whether plaintiff had received notice that further delays would result in dismissal; (3) whether defendant is likely to be prejudiced by further delay; (4) whether the district judge has carefully balanced the need to alleviate court calendar congestion and a party's right to due process; and (5) whether the court has assessed the efficacy of lesser sanctions. *Id.* (internal

quotation marks omitted).

The Court cautioned Plaintiff in its February 24, 2025 order: "If Plaintiff fails to file a First Amended Complaint within the time allowed, those claims dismissed without prejudice by this order will be deemed dismissed with prejudice and the case will be terminated." (ECF No. 88.) Because Plaintiff has not filed an Amended Complaint asserting claims against remaining Defendants TransUnion, LLC and Ford Motor Credit Company, LLC, the claims against them are DISMISSED WITH PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is respectfully directed to close the case.

Dated: September 25, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge